Certificate Number: 05781-IAN-DE-041169128

Bankruptcy Case Number: 26-00546



05781-IAN-DE-041169128

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2026, at 7:04 o'clock PM PDT, Annmarie Samojedny completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date:   July 5, 2026                           By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:    President